**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-1564

CAROL M. FORBES,

Plaintiff - Appellant,

versus

MARVIN T. RUNYON, JR., Postmaster General, CEO
US Postal Service,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-95-14-5-H)

Submitted: February 26, 1998          Decided: March 16, 1998

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carol M. Forbes, Appellant Pro Se. Bruce Charles Johnson, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carol M. Forbes appeals the district court's orders adopting the magistrate judge's report and recommendation to grant Defendant summary judgment in this action filed pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000(e) (1994). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Forbes v. Runyon</u>, No. CA-95-14-5-H (E.D.N.C. Jan. 14, 1997, and Mar. 6, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>